|   |   |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |
| 3  TYRONE T. NALL, | Case No. 3:18-cv-00281-RCJ-WGC |
| 4  Plaintiff | ORDER |
| 5  v. | |
| 6  SHELLEY WILLIAMS et al., | |
| 7  Defendants | |

**I.  Discussion**

On September 12, 2019, this Court issued a screening order dismissing the federal claim with prejudice as amendment would be futile and declining to exercise supplemental jurisdiction over the state law claims. (ECF No. 3 at 5). The Clerk of the Court closed the case and entered judgment. (ECF No. 5). On September 16, 2019, Plaintiff filed an "objection" which the Court construes as a motion for reconsideration. (ECF No. 6).

Upon motion by a party within twenty-eight days of the entry of judgment, the court may alter or amend its findings under Federal Rule of Civil Procedure 59(e). Fed. R. Civ. P. 59(e). A party can also seek reconsideration under Federal Rule of Civil Procedure 60(b). Fed. R. Civ. P. 60(b). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). A motion for reconsideration "may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). District courts have discretion regarding whether to grant a motion to amend under Rule 59(e) or 60(b). *Wood v. Ryan*, 759 F.3d 1117, 1121 (9th Cir. 2014).

The Court denies the motion for reconsideration (ECF No. 6). The Court has reviewed the complaint, screening order, and motion and finds that it did not commit clear

error in the initial decision.

**II.    Conclusion**

For the foregoing reasons, it is ordered that the objection (ECF No. 6) is construed as a motion for reconsideration and denied.

DATED:  This 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE